# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Susan Reed,                          Civil No. 10-1760 (RHK/JJK)

             Plaintiff,                   **ORDER**

v.

Accounts Receivable Management, Inc.
and Lacey Doe,

             Defendants.

---

Pursuant to the Notice of Dismissal With Prejudice (Doc. No. 2), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 7, 2010

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE
                                       United States District Judge