AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Susan Reed,

V.

Accounts Receivable Management, Inc. and
Lacey Doe,

**JUDGMENT IN A CIVIL CASE**

Case Number:  10-1760 RHK/JJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to the Notice of Dismissal With Prejudice (Doc. No. 2), IT IS ORDERED that the Complaint is DISMISSED WITH PREJUDICE on its merits and without costs, disbursements or attorney's fees to any party.

| May 10, 2010 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Rena L. Riemer |
| (By) | Rena Lexvold Riemer,   Deputy Clerk |

Form Modified:  09/16/04